IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                           ORDER

                Plaintiff,

                                                                         10-cr-22-bbc

     v.

BRIAN JOHNSON,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Brian Johnson was sentenced in this court on July 8, 2010.  Because the amount of restitution had not been determined, a hearing was set for September 17, 2010 to determine a final order of restitution.

      The government and defense counsel have now stipulated to an amount of $3,940,000.00 in restitution owing to Evergreen State Bank in Stoughton, Wisconsin.  It is defendant's obligation to notify the clerk of court of any future appropriate set offs under 18 U.S.C. § 3664(2).

ORDER

      IT IS ORDERED that defendant is to pay $3,940,000.00 in restitution to Evergreen

1

State Bank, 3162 County Road B, Stoughton, Wisconsin. This amount is due and payable immediately to the Clerk of Court for the Western District of Wisconsin for disbursement to Evergreen State Bank, attention James M. Farrell.

Entered this 24th day of September, 2010.

                                        BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge